JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANA DARC FERREIRA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:22-cv-00163-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

 IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 19, 2022 to October 18, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  Defendant shall serve on Plaintiff with Defendant's Cross-Motion for Summary Judgment by December 2, 2022.  Plaintiff may file an optional reply brief by December 19, 2022.

1

This is Plaintiff's first request for an extension of time.  Good cause exists for Plaintiff's request. In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

Additionally, for the weeks of August 15, 2022 and August 22, 2022, Counsel currently has 13 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:        August 9, 2022        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: August 9, 2022        PHILLIP A. TALBERT
                             United States Attorney
                             PETER K. THOMPSON
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration


By:  *\*/s/ Sharon Lahey*
     Sharon Lahey
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on August 9, 2022)

2

# **ORDER**

Based upon the parties' stipulation for an extension of time, and for good cause shown, Plaintiff shall have an extension of time, from August 19, 2022, to October 18, 2022, to file a Motion for Summary Judgment. Defendant shall file a Cross-Motion for Summary Judgment by December 2, 2022. Plaintiff may file an optional reply brief by December 19, 2022.

IT IS SO ORDERED.

Dated: **August 10, 2022**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE